IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILD MAN LAB LLC AND<br><br>WILD MAN DRINKING COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>WHALECO INC. (d/b/a TEMU),<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:24-cv-00071-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Wild Man Plaintiffs' Notice of Proof of Service**

Plaintiffs Wild Man Drinking Company and Wild Man Lab LLC (collectively, "Wild Man"), by and through its undersigned counsel, hereby provide notice to the Court that that following documents and things were served on Defendant Whaleco Inc. ("Temu"):

(i) Wild Man's Complaint and accompanying Exhibits A to P (D.I. 001);

(ii) The Court's Summons in this action (D.I. 006);

(iii) Wild Man's Motion to Preliminarily Enjoin Temu's Patent Infringement (D.I. 007);

(iv) Wild Man's Memorandum of Points and Authorities in Support of its Motion to Preliminarily Enjoin Temu's Patent Infringement (D.I. 008);

(v) Wild Man's Motion to Seal Portions of the Declaration of Nicholas Widmann (D.I. 009);

(vi) Redacted Declaration of Nicholas Widmann;

(vii) Exhibits A to Z (D.I. 011) and AA to RR (D.I. 012) of the Declaration of Nicholas Widmann;

(viii) Declaration of Ryan Peddle and accompanying Exhibits A to L (D.I. 013);

1

(ix)    Declaration of Aakash K. Patent and accompanying Exhibits A to O (D.I. 014);

(x)     Declaration of Coraleine J. Kitt and Accompanying Exhibits A to O (D.I. 015);

(xi)    Wild Man's Notice of Filing of Multimedia Materials (D.I. 016); and

(xii)   Flash Drive containing Exhibits B to H and O of the Declaration of Coraleine J. Kitt and Exhibit L of the Declaration of Nicholas Widmann.

Attached is as Exhibit A is an Affidavit of Service by Chad Toscano stating that the above identified documents and things were served on Temu's registered agent, Corporation Service Company, by hand delivery.

Dated: January 29, 2024

/s/ *Damien Nicholas Tancredi*
**FLASTER GREENBERG, P.C.**
Damien Nicholas Tancredi (DE No. 5395)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-351-1910
Email: damien.tancredi@flastergreenberg.com

Michael J. Bonella (Pro Hac Vice to be submitted)
Aakash K. Patel (Pro Hac Vice to be submitted)
Coraleine J. Kitt (Pro Hac Vice to be submitted)
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 279-9393
Facsimile: (215) 279-9394

*Attorneys for Plaintiffs Wild Man Lab LLC & Wild Man Drinking Company*